# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 00-00201 SJO-3 | Date: June 8, 2017 |

Present: The Honorable S. James Otero

Interpreter: Not Required

| Victor Cruz | Not Present | Veronica Dragalin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (3) Cenobio Herrera Lanz | not | xx | | Pro Se | not | | |

**Proceedings:** IN CHAMBERS-

The Court finds the MOTION to Dismiss for Lack of Jurisdiction re Petitioner's 60b4 Motion for Relief from a Void Judgment [ECF #397] Filed by Plaintiff USA and the MOTION for Order for Declaring Defendant a Vexatious Litigant Filed by Plaintiff USA [ECF # 398], suitable for disposition without oral argument and vacates the hearing set for hearing on June 19, 2017. No appearance is required. The briefing schedule remains as set by Local Rule.

: 00

Initials of Deputy Clerk  vpc

cc: