SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VERONICA DRAGALIN (Cal. Bar No. 281370)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0647
     Facsimile: (213) 894-0141
     E-mail:    veronica.dragalin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 00-201-SJO-3 |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS PETITIONER'S "60b4 MOTION FOR RELIEF FROM A VOID JUDGMENT" |
| v. | |
| CENOBIO HERRERA LANZ, | |
| Defendant. | |

Having reviewed the government's motion and incorporating the arguments herein, the Court finds grounds to dismiss defendant CENOBIO HERRERA LANZ's "60b4 motion" without prejudice.

IT IS SO ORDERED.

June 30, 2017
DATE

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
VERONICA DRAGALIN
Assistant United States Attorney